**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANNE PIERSON, | } | Civil Action 5:12-cv-2697 |
| | } | |
| Plaintiff, | } | JUDGE: LIOI |
| | } | |
| v. | } | |
| | } | |
| NORTHSTAR LOCATION | } | |
| SERVICES, LLC, | } | |
| | } | |
| Defendant. | } | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes Plaintiff, by and through undersigned counsel and hereby voluntary dismisses her case, with prejudice, pursuant to Rule 41(a)(1)(A)(i).

Respectfully Submitted,

KAHN & ASSOCIATES, L.L.C.

/s/ J. Daniel Scharville

J. DANIEL SCHARVILLE (0071132)
6200 Rockside Woods Blvd – Suite 215
Independence, Ohio 44131
(216) 621-6101
(216) 621-6006 Facsimile
Attorney for Plaintiff

**IT IS SO ORDERED**.

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**

May 21, 2013